Office Mailing Address:                                                                      Send Payments **ONLY** to:
Albert Russo, Trustee                                                                        Albert Russo, Trustee
PO Box 4853                                                                                  PO Box 933
Trenton, NJ  08650-4853                                                                      Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-10373 / MBK**

Eric Santiago                                                                    Petition Filed Date: 01/16/2023
                                                                                 341 Hearing Date: 02/16/2023
                                                                                 Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $1,452.11 | 861700127 | 03/02/2023 | $1,452.11 | 90320080 | | | |

**Total Receipts for the Period: $2,904.22  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,904.22**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric Santiago | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN S JONES, JR ESQ | Attorney Fees | $3,375.00 | $0.00 | $3,375.00 |
| | | No Disbursements: No Check | | | |
| 1 | Mileage Capital Partners, LLC<br>»»  REAL ESTATE TAXES - 4 CURRY COURT | Secured Creditors | $44,918.07 | $0.00 | $0.00 |
| 2 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY | Secured Creditors | $869.54 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $11,683.29 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,884.22 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10373 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,904.22 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,452.11 |
| Paid to Trustee: | $209.10 | Arrearages: | $0.00 |
| Funds on Hand: | $2,695.12 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

