Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  23−10373−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Santiago
   4 Curry Court
   Lumberton, NJ 08048−4213

Social Security No.:
   xxx−xx−3554

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 31, 2023.

Dated: May 31, 2023
JAN: wiq

          Jeanne Naughton
          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10373-MBK |
| Eric Santiago | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 31, 2023 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric Santiago, 4 Curry Court, Lumberton, NJ 08048-4213 |
| 519813134 | | AtlantiCare Urgent Care, PO Box 781042, Philadelphia, PA 19178-1042 |
| 519813138 | | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519813147 | + | Mileage Capital Partners, LLC, PO Box 924, Jackson, NJ 08527-0924 |
| 519813133 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 31 2023 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 31 2023 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519813135 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 21:13:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519813136 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 21:13:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519813139 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 21:11:27 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519813140 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 21:23:57 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519813142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 21:23:21 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519813141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 21:23:14 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519813143 | | Email/PDF: DellBKNotifications@resurgent.com | May 31 2023 21:23:13 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 519813144 | + | Email/PDF: DellBKNotifications@resurgent.com | May 31 2023 21:12:14 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 519813145 | | Email/Text: govtaudits@labcorp.com | May 31 2023 21:14:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 519856289 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 21:12:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519813146 | + | Email/Text: taxcollector@lumbertontwp.com | May 31 2023 21:14:00 | Lumberton Township, 35 Municipal Drive, Lumberton, NJ 08048-4516 |
| 519813148 | + | Email/Text: maureen@MHMUA.COM | May 31 2023 21:15:00 | Mount Holly MUA, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519837487 | + | Email/Text: maureen@MHMUA.COM | | |

Case 23-10373-MBK    Doc 24    Filed 06/02/23    Entered 06/03/23 00:16:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2023 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 31 2023 21:15:00 | Mount Holly Municipal Utilities Authority, 1 Park Drive, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519864043 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 21:13:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519813149 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 21:13:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519813150 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 21:13:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519813137 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 21:13:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 519813151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 21:12:14 | Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502 |
| 519846666 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 21:23:35 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519813152 | + | Email/Text: bankruptcy@savit.com | May 31 2023 21:15:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519813153 | + | Email/Text: bankruptcy@savit.com | May 31 2023 21:15:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519813154 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 21:23:35 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519813155 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 21:12:50 | Syncb/hvac, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519814559 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 21:11:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519813156 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 21:23:12 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519813157 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 21:23:31 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519863484 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2023 21:23:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519813159 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2023 21:12:07 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 519813158 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2023 21:23:51 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519827176 | *+ | Mileage Capital Partners LLC, PO Box 924, Jackson, NJ 08527-0924 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 23-10373-MBK    Doc 24    Filed 06/02/23    Entered 06/03/23 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: May 31, 2023 | Form ID: plncf13 | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary C. Zeitz | on behalf of Creditor Mileage Capital Partners LLC gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| Robin I. London-Zeitz | on behalf of Creditor Mileage Capital Partners LLC rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Eric Santiago email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 6