| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>**GARY C. ZEITZ, L.L.C.**<br>GARY C. ZEITZ, ESQUIRE<br>ROBIN LONDON-ZEITZ, ESQUIRE<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>MILEAGE CAPITAL PARTNERS LLC | Order Filed on June 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ERIC SANTIAGO | Case No.: 23-10373/MBK<br><br>Chapter: Thirteen<br><br>Hearing Date: June 14, 2023 at 9:00 am<br><br>Judge: Michael B. Kaplan |

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the motion of Mileage Capital Partners LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Eric Santiago (the "Debtor"), and the following appearances having been entered, Robin London-Zeitz, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Warren S. Jones, Jr., Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 4 Curry Court, Lumberton, New Jersey, Block 22.01, Lot 29 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. In the event the Debtor fails to make any of the post-petition payments required to be made to the Township of Lumberton on account of the Property or fails to make any payments under the Chapter 13 plan, within twenty (20) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

2. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.