| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-10373 / MBK**

Eric Santiago

Petition Filed Date: 01/16/2023
341 Hearing Date: 02/16/2023
Confirmation Date: 05/24/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $1,452.11 | 861700127 | 03/02/2023 | $1,452.11 | 90320080 | 04/03/2023 | $1,452.11 | 90902990 |
| 05/01/2023 | $1,452.11 | 91415350 | 06/02/2023 | $1,452.11 | 91983340 | 07/03/2023 | $1,452.00 | 92561820 |
| 08/01/2023 | $1,452.00 | 93032300 | 09/05/2023 | $1,452.00 | 93584360 | 10/03/2023 | $1,452.00 | 94108690 |
| 11/02/2023 | $1,452.00 | 94585830 | 12/04/2023 | $1,452.00 | 95113650 | 01/08/2024 | $1,452.00 | 95697670 |

**Total Receipts for the Period: $17,424.55   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,424.55**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric Santiago | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 1 | Mileage Capital Partners, LLC<br>»» 4 CURRY COURT/TAX SALE CERT<br>#19-00056/PAY IN FULL | Secured Creditors | $44,918.07 | $9,213.32 | $35,704.75 |
| 2 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY<br>»» SEWER/Q4 2021 THRU Q1 2023/PAY IN FULL | Secured Creditors | $869.54 | $178.36 | $691.18 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $11,683.29 | $0.00 | $11,683.29 |
| 4 | LVNV FUNDING LLC<br>»» CAPITAL ONE/PLATINUM | Unsecured Creditors | $5,884.22 | $0.00 | $5,884.22 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $76.55 | $0.00 | $76.55 |
| 6 | PNC BANK<br>»» P/4 CURRY COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Mileage Capital Partners, LLC<br>»» 4 CURRY CT/ATTY FEES 6/15/23 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 8 | Lumberton Township<br>»» 4 CURRY CT/PROPERTY TAXES/PAY IN FULL | Secured Creditors | $1,160.16 | $176.46 | $983.70 |

**Chapter 13 Case No. 23-10373 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,424.55 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $13,443.14 | Current Monthly Payment: | $1,452.00 |
| Paid to Trustee: | $1,318.45 | Arrearages: | ($0.11) |
| Funds on Hand: | $2,662.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

