Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-10373 / MBK**

Eric Santiago

Petition Filed Date: 01/16/2023
341 Hearing Date: 02/16/2023
Confirmation Date: 05/24/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $1,452.00 | 95697670 | 02/02/2024 | $1,452.00 | 96145230 | 03/04/2024 | $1,452.00 | 96676460 |
| 05/02/2024 | $1,452.00 | 97635490 | 06/03/2024 | $1,452.00 | 98145970 | 07/03/2024 | $1,452.00 | 98612350 |
| 08/19/2024 | $1,452.00 | 99343430 | 09/16/2024 | $1,452.00 | 99779700 | 10/15/2024 | $1,452.00 | 10026459 |
| 11/12/2024 | $1,452.00 | 10066476 | 12/13/2024 | $1,452.00 | 10116374 | | | |

**Total Receipts for the Period: $15,972.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $33,396.55**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric Santiago | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 1 | Mileage Capital Partners, LLC<br>»» 4 CURRY COURT/TAX SALE CERT #19-00056/PAY IN FULL | Secured Creditors | $44,918.07 | $23,461.35 | $21,456.72 |
| 2 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY<br>»» SEWER/Q4 2021 THRU Q1 2023/PAY IN FULL | Secured Creditors | $869.54 | $454.18 | $415.36 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $11,683.29 | $0.00 | $11,683.29 |
| 4 | LVNV FUNDING LLC<br>»» CAPITAL ONE/PLATINUM | Unsecured Creditors | $5,884.22 | $0.00 | $5,884.22 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $76.55 | $0.00 | $76.55 |
| 6 | PNC BANK<br>»» P/4 CURRY COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Mileage Capital Partners, LLC<br>»» 4 CURRY CT/ATTY FEES 6/15/23 | Mortgage Arrears | $500.00 | $500.00 | $0.00 |
| 8 | Lumberton Township<br>»» 4 CURRY CT/PROPERTY TAXES/PAY IN FULL | Secured Creditors | $1,160.16 | $568.99 | $591.17 |

**Chapter 13 Case No. 23-10373 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,396.55 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $28,359.52 | Current Monthly Payment: | $1,452.00 |
| Paid to Trustee: | $2,379.87 | Arrearages: | $1,451.89 |
| Funds on Hand: | $2,657.16 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

