Office Mailing Address:                                                    Send Payments **ONLY** to:
Albert Russo, Trustee                                                      Albert Russo, Trustee
Standing Chapter 13 Trustee                                               PO Box 933
PO Box 4853                                                          Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-10373 / MBK**

Eric Santiago                                              Petition Filed Date: 01/16/2023
                                                           341 Hearing Date: 02/16/2023
                                                           Confirmation Date: 05/24/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $1,452.00 | 10150622 | 02/03/2025 | $1,452.00 | 10188577 | 03/18/2025 | $1,452.00 | I1VYG8RRY2-I |
| 03/21/2025 | $1,452.00 | I1VFGRJC1R-I | 03/25/2025 | ($1,452.00) | I1VYG8RRY2-I | 04/28/2025 | $1,452.00 | |
| 06/03/2025 | $1,452.00 | | 06/26/2025 | $1,452.00 | | 08/01/2025 | $1,452.00 | |
| 09/04/2025 | $1,452.00 | | 10/02/2025 | $1,452.00 | | 11/03/2025 | $1,452.00 | |
| 12/02/2025 | $1,452.00 | | 01/06/2026 | $1,452.00 | | 02/02/2026 | $1,452.00 | |

**Total Receipts for the Period: $18,876.00   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $50,820.55**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric Santiago | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 1 | Mileage Capital Partners, LLC<br>»» 4 CURRY COURT/TAX SALE CERT<br>#19-00056/PAY IN FULL | Secured Creditors | $44,918.07 | $38,735.72 | $6,182.35 |
| 2 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY<br>»» SEWER/Q4 2021 THRU Q1 2023/PAY IN FULL | Secured Creditors | $869.54 | $749.87 | $119.67 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $11,683.29 | $0.00 | $11,683.29 |
| 4 | LVNV FUNDING LLC<br>»» CAPITAL ONE/PLATINUM | Unsecured Creditors | $5,884.22 | $0.00 | $5,884.22 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $76.55 | $0.00 | $76.55 |
| 6 | PNC BANK<br>»» P/4 CURRY COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Mileage Capital Partners, LLC<br>»» 4 CURRY CT/ATTY FEES 6/15/23 | Secured Creditors | $500.00 | $500.00 | $0.00 |
| 8 | Lumberton Township<br>»» 4 CURRY CT/PROPERTY TAXES/PAY IN FULL | Secured Creditors | $1,160.16 | $989.82 | $170.34 |

**Chapter 13 Case No. 23-10373 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,820.55 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $44,350.41 | Current Monthly Payment: | $1,452.00 |
| Paid to Trustee: | $3,781.04 | Arrearages: | $2,903.89 |
| Funds on Hand: | $2,689.10 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

